**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| HELENA CHEMICAL COMPANY | * | |
| *doing business as* HELENA FINANCE | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 4:10CV01193 SWW |
| | * | |
| DANNY W. PORTER; SARAH | * | |
| PORTER, JUSTIN PORTER, and | * | |
| PORTER FARMS, a partnership | * | |
| | * | |
| Defendants | * | |
| | * | |
| | * | |

**ORDER**

Plaintiff Helena Chemical Company ("HCC") commenced this action pursuant to the Court's diversity jurisdiction against Defendants Danny W. Porter, Sarah Porter, Justin Porter, and Porter Farms, a partnership, seeking money due under a credit sales agreement and promissory note. HCC settled its claims against Justin Porter, who is no longer a party to this action. By order entered February 22, 2012, the Court granted in part HCC's motion for a default judgment to the extent that the Court found Danny W. Porter, Sarah Porter, and Porter Farms to be in default by reason of their failure to answer or respond to the amended complaint. *See* docket entry #97. The Court afforded Defendants an opportunity to be heard on the issue of damages, giving them a period of fifteen days from the entry of the Court's order in which to file objections to HCC's claim for damages and attorney fees. The Court specifically advised

1

Defendants that if no objections were filed, the Court would enter judgment against them, jointly and severally, for the amount claimed by HCC.  As of the date of this order, no objections have been filed.

IT IS THEREFORE ORDERED that Plaintiff's motion for a default judgment (docket entry #95) is GRANTED.  Pursuant to the default judgment entered together with this order, this case is DISMISSED in its entirety.

IT IS SO ORDERED THIS 30TH DAY OF MARCH, 2012..

/s/Susan Webber Wright<br>
UNITED STATES DISTRICT JUDGE