## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| HELENA CHEMICAL COMPANY | * | |
| *doing business as* HELENA FINANCE | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 4:10CV01193 SWW |
| | * | |
| DANNY W. PORTER; SARAH | * | |
| PORTER, JUSTIN PORTER, and | * | |
| PORTER FARMS, a partnership | * | |
| | * | |
| Defendants | * | |
| | * | |
| | * | |

## **DEFAULT JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Helena Chemical Company, *doing business as* Helena Finance, have and recover from Defendants Danny W. Porter, Sarah Porter, and Porter Farms, jointly and severally, the principal sum of $139,051.09 on its breach of contract claim plus attorney fees in the amount of $64,641.37, together with interest from this date until paid at the rate of .20% as provided by law.

IT IS SO ORDERED THIS 30TH DAY OF MARCH, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE